Teresa Entz, Plaintiff in Pro Per
16176 Eagle Rock Rd
Hidden Valley Lake, CA 95467
Telephone: (707) 292-8543
Email: entz9@aol.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TERESA ENTZ, Plaintiff,<br><br>v.<br><br>CHP OFFICER JACOB QUATTLEBAUM (Badge No. 24383) and CHP OFFICER GUZMAN (Badge No. 22538), Defendants. | Case No. 3:26-cv-09447-CRB<br><br>JOINT STIPULATION REQUESTING LIMITED EXTENSION OF RULE 26(f) AND ADR CERTIFICATION DEADLINES ORDER<br>Hon. Charles R. Breyer |

Pursuant to Civil Local Rules 6-2, 7-12 and 16-2(d), Federal Rule of Civil Procedure 26(f), and ADR Local Rule 3-5, Plaintiff and Defendants jointly request a limited extension of the Rule 26(f) conference and ADR certification deadlines.

ECF No. 4 at page 2 provides for adjustment of deadlines when the initial conference is rescheduled. ECF No. 11 rescheduled the conference to December 18, 2026. Accordingly, the parties request that the November 27, 2026 deadlines be extended to December 3, 2026. Defendants' counsel is out of the office until November 30, 2026, and is available to confer early the following week. On November 24, 2026, supervisory counsel confirmed Defendants' agreement to the requested extensions.

The parties stipulate to the following schedule, subject to Court approval:

1. Rule 26(f) conference, including ADR discussion: December 3, 2026.
2. ADR certification: December 3, 2026.
3. Initial disclosures and Joint Case Management Statement: December 11, 2026, unchanged.
4. Initial Case Management Conference: December 18, 2026, at 8:30 a.m., unchanged.

All other deadlines remain unchanged. The accompanying declaration sets forth the reasons for the request and prior scheduling modifications. The parties respectfully request prompt consideration.

IT IS SO STIPULATED.

Dated: November 25, 2026 Signature: ____________________________

Teresa Entz, Plaintiff in Pro Per

Dated: November 25, 2026 /s/ Rohit S. Kodical

Rohit S. Kodical, Supervising Deputy Attorney General, Counsel for Defendants

Pursuant to Civil Local Rule 5-1, I attest that concurrence in the filing of this document has been obtained from Rohit S. Kodical, whose electronic signature appears above.

Signature: ____________________________

Teresa Entz, Plaintiff in Pro Per

Teresa Entz, Plaintiff in Pro Per
16176 Eagle Rock Rd
Hidden Valley Lake, CA 95467
Telephone: (707) 292-8543
Email: entz9@aol.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TERESA ENTZ, Plaintiff,<br><br>v.<br><br>CHP OFFICER JACOB QUATTLEBAUM (Badge No. 24383) and CHP OFFICER GUZMAN (Badge No. 22538), Defendants. | Case No. 3:26-cv-09447-CRB<br><br>DECLARATION OF TERESA ENTZ IN SUPPORT OF JOINT STIPULATION EXTENDING RULE 26(f) AND ADR CERTIFICATION DEADLINES<br><br>Hon. Charles R. Breyer |

I, Teresa Entz, declare as follows:

1. I am Plaintiff in this action, appearing in propria persona, and have personal knowledge of the matters stated herein.

2. ECF No. 4, page 2, provides that case management deadlines adjust when the initial conference is rescheduled. ECF No. 11 rescheduled the conference from December 10 to December 18, 2026. The adjusted Rule 26(f) conference and ADR certification deadlines nominally fall on November 27, 2026, before any applicable holiday adjustment; initial disclosures and the Joint Case Management Statement are due December 11, 2026.

3. On November 23, 2026, Defendants' counsel, Jerry T. Yen, advised me that he was out of the office that week and generally available the following week. His automatic email response stated that he would return on November 30, 2026.

4. On November 24, 2026, I spoke with Supervising Deputy Attorney General Rohit Kodical concerning the conference deadline. I subsequently requested written agreement to extend both the conference and ADR certification deadlines to December 3, 2026, without changing the December 11 or December 18 deadlines.

5. On November 24, 2026, at 7:22 p.m., Mr. Kodical responded by email confirming Defendants' agreement to both extensions and stating that Mr. Yen would be able to meet and confer early the following week.

6. The prior time modifications reflected on the docket are the revised case management schedule following reassignment (ECF Nos. 10 and 11), and the extensions of time to respond to the First Amended Complaint (ECF Nos. 12 and 13).

7. The requested extension will allow the parties to confer and complete the ADR certification after counsel returns. The December 11 initial disclosure and Joint Case Management Statement deadlines and December 18 Initial Case Management Conference will remain unchanged. No other scheduling modification is requested.

8. On November 25, 2026, Mr. Kodical advised by email that he believed Rule 6(a)(1)(C) extended both deadlines to November 30, 2026, and expressly authorized me to affix his signature to the stipulation. To avoid uncertainty, I submit the agreed request for extension through December 3, 2026, for Court approval.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 25, 2026, at Hidden Valley Lake, California.

________________________________

Teresa Entz, Plaintiff in Pro Per

Teresa Entz, Plaintiff in Pro Per
16176 Eagle Rock Rd
Hidden Valley Lake, CA 95467
Telephone: (707) 292-8543
Email: entz9@aol.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TERESA ENTZ, Plaintiff,<br><br>v.<br><br>CHP OFFICER JACOB QUATTLEBAUM (Badge No. 24383) and CHP OFFICER GUZMAN (Badge No. 22538), Defendants. | Case No. 3:26-cv-09447-CRB<br><br>~~[PROPOSED]~~ ORDER GRANTING JOINT STIPULATION EXTENDING RULE 26(f) AND ADR CERTIFICATION DEADLINES<br><br>Hon. Charles R. Breyer |

Having considered the parties' joint stipulation and supporting declaration, and good cause appearing, the Court ORDERS:

1. The Rule 26(f) conference, including ADR discussion, and ADR certification deadlines are extended to December 3, 2026.
2. The December 11, 2026 initial disclosure deadline remains unchanged.
3. The December 11, 2026 Joint Case Management Statement deadline remains unchanged.
4. The Initial Case Management Conference scheduled for December 18, 2026, at 8:30 a.m., remains unchanged.
5. All other existing court-imposed deadlines and orders remain in effect.

IT IS SO ORDERED.

Dated: November 25, 2026

______________________________
HON. CHARLES R. BREYER
United States District Judge